IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:23-CV-862

| | |
|---|---|
| Democratic National Committee; North Carolina Democratic Party,<br><br>Plaintiffs,<br><br>v.<br><br>North Carolina State Board of Elections; Karen Brinson Bell, *in her official capacity as Executive Director of the North Carolina State Board of Elections*; Alan Hirsch, *in his official capacity as Chair of the North Carolina State Board of Elections*; Jeff Carmon, *in his official capacity as Secretary of the North Carolina State Board of Elections*; and Stacy Eggers IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, *in their official capacities as members of the North Carolina State Board of Elections*,<br><br>Defendants. | **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br>(Fed R. Civ. P. 65) |

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, plaintiffs—the Democratic National Committee and the North Carolina Democratic Party—move for a preliminary injunction enjoining defendants, their agents, successors in office, and all persons acting in concert with them from enforcing certain provisions of Senate Bill 747, recently enacted by the North Carolina General Assembly. In support of this motion,

plaintiffs have filed a brief setting out the grounds for the requested injunction, which plaintiffs incorporate here by reference.

Under Local Rules 7.3(c)(1) and 65.1(b), plaintiffs request oral argument on the motion, given the importance of the issues it raises.

WHEREFORE, plaintiffs request that the Court grant the motion and enjoin defendants, their agents, successors in office, and all persons acting in concert with them from doing any of the following:

(1) requiring same-day registrants (i.e., voters who seek to register and vote on the same day, prior to election day) to produce documentation that other registrants need not produce;

(2) denying a same-day registrant's application to register without providing that individual with sufficient notice and a meaningful opportunity to be heard;

(3) rejecting a same-day registrant's application to register based on the return of a single notice as undeliverable by the U.S. Postal Service;

(4) applying different voting-registration standards, practices, or procedures to different individuals in the same county; and

(5) failing to provide a free-access system by which same-day registrants can track their retrievable ballots.

Plaintiffs respectfully request that the Court waive the security requirement in Rule 65(c) of the Federal Rules of Civil Procedure.

October 10, 2023                                   Respectfully submitted,

/s/ William A. Robertson
JIM W. PHILLIPS, JR.
N.C. BAR NO. 12516
SHANA L. FULTON
N.C. BAR NO. 27836
WILLIAM A. ROBERTSON
N.C. BAR NO. 53589
JAMES W. WHALEN
N.C. Bar No. 58477
BROOKS, PIERCE, MCLENDON
  HUMPHREY & LEONARD, LLP
150 Fayetteville Street
1700 Wells Fargo Capitol Center
Raleigh, N.C. 27601
Phone: (919) 839-0300
Fax: (919) 839-0304
jphillips@brookspierce.com
sfulton@brookspierce.com
wrobertson@brookspierce.com
jwhalen@brookspierce.com

SETH P. WAXMAN[*]
DANIEL S. VOLCHOK[*]
CHRISTOPHER E. BABBITT[*]
GARY M. FOX[*]
JOSEPH M. MEYER[*]
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Phone: (202) 663-6000
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
daniel.volchok@wilmerhale.com
christopher.babbitt@wilmerhale.com
gary.fox@wilmerhale.com
joseph.meyer@wilmerhale.com

[*] Local Rule 83.1(d) special
appearance forthcoming.

# CERTIFICATE OF SERVICE

I certify that the foregoing document will be served together with Defendants' summonses and complaint via Federal Express, delivery confirmation requested, on defendants' counsel, at the following addresses:

Sarah Boyce, Deputy Attorney General and General Counsel
North Carolina Department of Justice
114 West Edenton Street
Raleigh, NC 27603

Paul Cox, General Counsel
North Carolina State Board of Elections
430 North Salisbury Street
Suite 3128
Raleigh, NC 27603

This 10th day of October, 2023.

/s/ William A. Robertson
William A. Robertson