# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

NORTH CAROLINA DEMOCRATIC PARTY, et al.

    v.

                        Case Number:    1:23CV862

NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.

# NOTICE OF HEARING

Take notice that a proceeding in this case has been **SET** as indicated below:

| | |
|---|---|
| PLACE: | Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC |
| COURTROOM NO: | 1 |
| DATE & TIME: | December 28, 2023-10:00 a.m. |
| PROCEEDING: | Oral Arguments on Motion for Preliminary Injunction |

_____

John S. Brubaker, Clerk

By: /s/ Anita Engle, Deputy Clerk

Date: December 7, 2023

TO:    All Counsel and/or Parties of Record