IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Democratic National Committee; North Carolina Democratic Party, <br><br>　　　　Plaintiffs, <br><br>　　　　v. <br><br>North Carolina State Board of Elections; Karen Brinson Bell, *in her official capacity as Executive Director of the North Carolina State Board of Elections*; Alan Hirsch, *in his official capacity as Chair of the North Carolina State Board of Elections*; Jeff Carmon, *in his official capacity as Secretary of the North Carolina State Board of Elections*; Stacy Eggers IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, *in their official capacities as members of the North Carolina State Board of Elections*, <br><br>　　　　Defendants, <br><br>　　　　and <br><br>Philip E. Berger, *in his official capacity as President* Pro Tempore *of the North Carolina Senate*; Timothy K. Moore, *in his official capacity as Speaker of the North Carolina House of Representatives*; Republican National Committee; North Carolina Republican Party; Virginia A. Wasserberg; Brenda M. Eldridge, <br><br>　　　　Intervenors. | 1:23-CV-862 |

## ORDER

Before the court is the parties' joint motion to stay this litigation. (Doc. 89.)

On January 21, 2024, this court entered a preliminary injunction against enforcement of a portion of 2023 N.C. Sess. Laws 140, commonly known as S. 747. (Doc. 68.) Thereafter, the North Carolina State Board of Elections updated guidance in Numbered Memo 2023-05 as to the implementation of S. 747, which is effective until March 9, 2025 pursuant to N.C. Gen. Stat. §§ 163-22.2, 120-11.1. (Doc. 71-1.) Additionally, the State Board is reported to have issued new temporary rules governing poll observers, which will expire February 8, 2025, at the latest. (Doc. 89 at 2.) In light of these developments and the possibility of additional legal developments in the near future, and in the interest of judicial efficiency,

IT IS THEREFORE ORDERED that the parties' motion is GRANTED and that all claims in this case are STAYED pending further order of the court. The parties shall provide a report to update the court as to the status of any relevant developments that may affect the pendency of this action no later than December 31, 2024.

/s/ Thomas D. Schroeder
United States District Judge

April 10, 2024