IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:23-CV-862-TDS-JEP

Democratic National Committee; North Carolina Democratic Party,

    Plaintiffs,

v.

North Carolina State Board of Elections; Karen Brinson Bell, *in her official capacity as Executive Director of the North Carolina State Board of Elections*; Alan Hirsch, *in his official capacity as Chair of the North Carolina State Board of Elections*; Jeff Carmon, *in his official capacity as Secretary of the North Carolina State Board of Elections*; Stacy Eggers IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, *in their official capacities as members of the North Carolina State Board of Elections*,

    Defendants,

and

Philip E. Berger, *in his official capacity as President* Pro Tempore *of the North Carolina Senate*; Timothy K. Moore, *in his official capacity as Speaker of the North Carolina House of Representatives*; Republican National Committee; North Carolina Republican Party; Virginia A. Wasserberg; Brenda M. Eldridge,

    Intervenors.

## NOTICE OF SUBSTITUTION

Destin Hall, by and through undersigned counsel, hereby notifies the Court that Timothy Moore no longer holds the office of Speaker of the North Carolina House of Representatives and that he, as the successor in office and current Speaker of the North Carolina House of Representatives, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, is automatically substituted as a party in the above-captioned matter. Speaker Hall respectfully requests that all future filings be served through his undersigned counsel.

Respectfully submitted, this the 9th day of January, 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: /s/ Phillip J. Strach
 Phillip J. Strach (NCSB # 29456)
 Alyssa M. Riggins (NCSB # 52366)
 Cassie A. Holt (NCSB # 56505)
 Alexandra M. Bradley (NCSB # 54872)
 301 Hillsborough Street, Suite 1400
 Raleigh, North Carolina 27603
 Ph: (919) 329-3800
 phil.strach@nelsonmullins.com
 alyssa.riggins@nelsonmullins.com
 cassie.holt@nelsonmullins.com
 alex.bradley@nelsonmullins.com

# CERTIFICATE OF SERVICE

I hereby certify that I filed the forgoing document using the Court's CM/ECF System which will send notification to all counsel of record.

This the 9th day of January, 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: /s/ Phillip J. Strach
Phillip J. Strach (NCSB # 29456)
